UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose LOPEZ CAMACHO,<br><br>                    Petitioner,<br><br>v.<br><br>Jeremy CASEY, et al.,<br><br>                    Respondents. | Case No.:  26-cv-3919-AGS-DEB<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner Jose Lopez Camacho seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents do "not oppose the petition." (ECF 4, at 3.) The Court thus **GRANTS** the petition and orders that petitioner receive a bond hearing by July 30, 2026, unless petitioner requests a continuance. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  July 16, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1